UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Jairo J. Cespedes Prieto**,** and
Vanessa E. Vanegas,

                       Petitioners,

    -against-

Raul Maldonado, Jr., William Joyce, Marcus
Charles, Markwayne Mullin, Todd Lyons, and
Attorney General of the United States,

                       Respondents.
----------------------------------------------------------X

**O R D E R**

26-CV-2133 (RER)

**RAMÓN E. REYES, JR., District Judge.**

      In light of Respondents' acknowledgement that were the Court to adhere to its reasoning in *Chander v. Maldonado et al*, No. 26-CV-0021 (RER) (E.D.N.Y. Jan. 13, 2026), "this case would be decided in Petitioner's favor" (ECF No. 7 at 3), the petition for writ of habeas corpus (ECF No. 1) is granted. *See also Arango v. Genalo*, No. 25-CV-6720 (RER), 2025 WL 3637500 (E.D.N.Y. Dec. 16, 2025); *Serech Chom v. Noem et al*, No. 26-cv-597 (RER) (E.D.N.Y. Feb. 10, 2026); *Diaz-Esquibel v. Francis et al*, No. 26-cv-586 (RER) (E.D.N.Y. Feb. 10, 2026); *Ruiz Martinez v. Francis et al*, No. 26-cv-00649 (RER) (E.D.N.Y. Feb. 26, 2026); *Guarchaj v. Genalo et* al, No. 26-cv-00598 (RER) (E.D.N.Y. Mar. 9, 2026)*; Kobiashvili v. Joyce et al*, No. 26-cv-01178 (RER) (E.D.N.Y. Mar. 12, 2026)*; D.B.C. v. Genalo et al*, No. 26-cv-01618 (RER) (E.D.N.Y. Mar. 12, 2026); *Salas Martinez v. Maldonado et al*,  No. 26-cv-1342 (RER) (E.D.N.Y. Mar. 13, 2026); *Ccoyllo Asto v. LaRocco et al*, No. 26-cv-01338 (RER) (E.D.N.Y. Mar. 13, 2026). The hearing scheduled for April 16, 2026, is therefore cancelled.

Petitioner Cespedes Prieto (Alien Number 240-730-385) is to be released forthwith. Respondents are directed to file a letter regarding their compliance with this order no later than **4:00 P.M. on April 15, 2026**.

Once the notice of release is received by the Court, the Clerk of Court is directed to enter final judgment and close the case.

SO ORDERED.

Dated: April 14, 2026
      Brooklyn, New York

                              /s/ Ramón E. Reyes, Jr.
                              U.S. District Judge, EDNY